STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ROY
WILLIAMS, PLAINTIFF IN ERROR.

Argued May term, 1946—Decided May 13, 1946.

Before Justices PARKER, DONGES and OLIPHANT.

For the plaintiff in error, *Meyer W. Stein.*

For the state, *Manfield G. Amlicke.*

PER CURIAM.

This is a motion to dismiss the writ of error for lack of
due prosecution. A previous motion of the same character
was argued but denied on terms. However, the plaintiff in
error, who should have brought the matter on for argument
at the present term, seems to have failed to give any notice
of argument and is obviously within the purview of the statute
*R. S.* 2:195–12, in which it appears, among other things, that
upon a failure to prosecute the writ of error at the term to
which it is returnable, the writ shall be dismissed, unless the
appellate court under certain circumstances mentioned in the
statute shall continue the same. No satisfactory reason for
such continuances appearing, the writ of error is dismissed,
with costs.